```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  PETER M. MULARCZYK
    Special Assistant U.S. Attorney
 3  501 I Street, Suite 10-100
    Sacramento, California  95814
 4  Telephone: (916) 554-2700
 5
 6
 7
 8                IN THE UNITED STATES DISTRICT COURT
 9              FOR THE EASTERN DISTRICT OF CALIFORNIA
10
11  UNITED STATES OF AMERICA,    )  Case No. 2:13-mj-00184-DAD
                                 )
12              Plaintiff,       )  ORDER VACATING TRIAL DATE
                                 )
13       v.                      )
                                 )  Date:    September 18, 2013
14  NANCY E. TODD,               )  Time:    10:00 a.m.
                                 )  Judge:   Hon. Dale A. Drozd
15              Defendant.       )
                                 )
16  _____ )
```

It is hereby ordered that the September 18, 2013 at 10:00 a.m. court trial is hereby vacated and the matter is continued to October 1, 2013 at 10:00 a.m. for a status conference.

IT IS SO ORDERED.

DATED: September 18, 2013.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

dad1.crim
todd0184,stipo.cont.wpd